UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

WEIWEI ZOU,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

No. 5:26-cv-05053-JDE

JUDGMENT

In accordance with the Order Regarding Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is:

(1) granted, in part, with Respondents ORDERED to

a. provide an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) for **Petitioner Weiwei Zou (A# 236-979-251)** within seven (7) days of this Order, with instructions that the immigration judge must provide a written, reasoned decision if bond is denied, including all factual findings in support of such decision; or

b. release Petitioner from custody subject only to narrowly tailored conditions of release, if any, no more restrictive than

necessary to ensure his appearance as required and to protect the community, if he is not timely provided with the aforementioned bond hearing; and

(2) denied with prejudice as to all other requests for substantive relief.

Dated: September 15, 2026

JOHN D. EARLY
United States Magistrate Judge